December 31, 2004

Mr. Thad D. Spalding
Hermes Sargent Bates, LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Mr. Kenneth W. Fuqua
Fuqua Hudnall & Gappelberg, LLP
3000 San Jacinto Street
Dallas, TX 75204-5786

RE: Case Number: 02-1097
 Court of Appeals Number: 05-01-01040-CV
 Trial Court Number: CC-00-333-D

Style: FFE TRANSPORTATION SERVICES, INC.
 v.
 LARRY FULGHAM AND DEBRA FULGHAM

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. The Court of Appeals' opinion is
ordered published.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Earl |
| |Bullock |
| |Ms. Lisa Matz|